# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL HAWK INSURANCE COMPANY (RRG),<br>　　　　Plaintiff,<br>　　v.<br>CARLOS VEGA, et al.,<br>　　　　Defendants. | Case No. 15-cv-02093-EDL<br><br>**ORDER**<br>Re: Dkt. No. 13 |

On August 18, 2015, Defendant Carlos Vega, pro se, filed a letter requesting that the Court "consider relocating this case to San Antonio[,] Texas, due to [his] financial situation." As a case management conference is currently set for September 8, 2015, at 10:00 a.m., the Parties are ordered to include a discussion of venue in their case management statements, which are due by September 1, 2015. Defendant Vega may appear at the case management conference telephonically. Defendant shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, Defendant shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge